Luis Ortega, Respondent, v Otis Elevator Company, Appellant, et al., Defendant. (And a Third-Party Action.) [639 NYS2d 461]

The Supreme Court improvidently exercised its discretion in denying the appellant's request to compel the continuation of an examination before trial of witness Francis X. Bernard. Moreover, under the circumstances presented here, we find that the appellant is entitled to conduct one physical examination of the plaintiff by a doctor of its choice.

The appellant's remaining contentions are without merit. Santucci, J. P., Altman, Krausman and Goldstein, JJ., concur.